B6B (Official Form 6B) (12/07)

In re **Nicholas Harrison Seitz, Jr.**  Case No. **09-70535-HdH-13**
**Ganel Beadle Seitz**
(if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking @ First Bank acct# 3938239 | C | $135.98 |
| | | checking @ Chase | C | $36.69 |
| | | checking @ First Bank acct# 3928608 | C | $2,505.30 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | household goods & furnishings | C | $4,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | C | $400.00 |
| 7. Furs and jewelry. | | Jewelry | C | $3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | VA Life Insurance $10,000 | C | $0.00 |
| | | Life Insurance on debtor $50,000 | C | $314.24 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Nicholas Harrison Seitz, Jr.**   Case No. **09-70535-HdH-13**
    **Ganel Beadle Seitz**
                                      (if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | $297.95 cash accumulation<br>Life Insurance on joint debtor<br>$50,000<br>$16.29 cash accumulation<br><br>whole life insurance on grandchildren<br>$100,000 each<br>$38.11 total cash accumulation | C | $38.11 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | IRA @ Liberty National Bank - $98,847<br>IRA @ First Bank - $59,596<br>IRA First National Bank - $64,016<br>IRA @ Chase Bank - $27,000 | C | $249,459.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | TXCO Resources Inc. (1,400.00 shares) | C | $337.40 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Nicholas Harrison Seitz, Jr.**  Case No. **09-70535-HdH-13**
**Ganel Beadle Seitz**
(if known)

### *AMENDED*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | sold 1997 Ford E150 Econoline Van for $6,000 to debtor's nephew, Clark Seitz in 2006<br>rec'd $1,000 and has since lost contact with nephew | C | $5,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Nicholas Harrison Seitz, Jr.**            Case No. **09-70535-HdH-13**
     **Ganel Beadle Seitz**
                                                                                                     (if known)

### *AMENDED*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Chrysler Town & Country | C | $8,350.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Nicholas Harrison Seitz, Jr.**　　　　　　　　　　　　　　Case No. **09-70535-HdH-13**
**Ganel Beadle Seitz**　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

## *AMENDED*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4　　　　continuation sheets attached　　**Total >**　　**$273,576.72**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)