B6I (Official Form 6I) (12/07)

In re **Nicholas Harrison Seitz, Jr.**　　　　　　　　　　　　　　　　Case No. **09-70535-HdH-13**
　　　　**Ganel Beadle Seitz**　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED*
## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse ||||
|---|---|---|---|---|
| **Married** | Relationship(s): Daughter<br>　　　　　　　　Grandchild | Age(s): adult<br>　　　　adult | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | retired | retired |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---:|---:|
| 1.　Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | $0.00 |
| 2.　Estimate monthly overtime | $0.00 | $0.00 |
| 3.　SUBTOTAL | **$0.00** | **$0.00** |
| 4.　LESS PAYROLL DEDUCTIONS | | |
| 　　a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | $0.00 |
| 　　b. Social Security Tax | $0.00 | $0.00 |
| 　　c. Medicare | $0.00 | $0.00 |
| 　　d. Insurance | $0.00 | $0.00 |
| 　　e. Union dues | $0.00 | $0.00 |
| 　　f. Retirement | $0.00 | $0.00 |
| 　　g. Other (Specify) _____ | $0.00 | $0.00 |
| 　　h. Other (Specify) _____ | $0.00 | $0.00 |
| 　　i. Other (Specify) _____ | $0.00 | $0.00 |
| 　　j. Other (Specify) _____ | $0.00 | $0.00 |
| 　　k. Other (Specify) _____ | $0.00 | $0.00 |
| 5.　SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | **$0.00** |
| 6.　TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | **$0.00** |
| 7.　Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8.　Income from real property | $0.00 | $0.00 |
| 9.　Interest and dividends | $0.00 | $0.00 |
| 10.　Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11.　Social security or government assistance (Specify):<br>　　　soc sec | $1,830.30 | $0.00 |
| 12.　Pension or retirement income | $0.00 | $0.00 |
| 13.　Other monthly income (Specify): | | |
| 　　a. IRA distribution | $3,100.00 | $0.00 |
| 　　b. _____ | $0.00 | $0.00 |
| 　　c. _____ | $0.00 | $0.00 |
| 14.　SUBTOTAL OF LINES 7 THROUGH 13 | **$4,930.30** | **$0.00** |
| 15.　AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$4,930.30** | **$0.00** |
| 16.　COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,930.30** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Schedule I based on joint social security and IRA withdrawals.**