Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| Seitz, Jr., Nicholas Harrison § | CASE NO. 09-70535-HdH-13 |
| AND § | |
| Seitz, Ganel Beadle § | |
| DEBTORS § | |

MOTION TO REOPEN §341 MEETING OF CREDITORS

NOW COMES Seitz, Ganel Beadle, DEBTOR, and requests an Order Reopening the §341 Meeting of Creditors the above referenced Chapter 13 case and would show the Court the following:

1. Debtors filed their voluntary Chapter 13 bankruptcy petition on October 20, 2009.

2. Debtor, Nicholas Harrison Seitz, Jr. passed away on November 11, 2009. The original §341 Meeting of Creditors was rescheduled and held on December 14, 2009.

3. Joint Debtor, Ganel Beadle Seitz was appointed Executor of The Estate of Nicholas Harrison Seitz, Jr. on December 16, 2009.

4. Debtor, Ganel Beadle Seitz wishes to reopen §341 Meeting of Creditors for purposes of testifying on behalf of Debtor, Nicholas Harrison Seitz, Jr., as Executor of the estate.

FOR THESE REASONS, Debtor(s) request an Order Reopening §341 Meeting of Creditors and for such other and further relief as is just.

Respectfully submitted,

/s/Monte J. White, Attorney for Debtor(s)

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on January 5, 2010, I contacted the office of the Chapter 13 Trustee and was advised that the Trustee

☑    does not oppose the motion

☐    opposes the motion and requests hearing on the matter.

/s/Monte J. White, Attorney for Debtors

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 7, 2010, a true and correct copy of the foregoing Motion for Continuance was served on all parties of interest on the mailing matrix by ECF and/or U.S. Mail:

/s/Monte J. White
Monte J. White, Attorney for Debtor(s)

```
Label Matrix for local noticing        Recovery Management Systems Corporation     1100 Commerce Street
0539-7                                 25 SE 2nd Ave. Ste. 1120                    Room 1254
Case 09-70535-hdh13                    Miami, FL 33131-1605                        Dallas, TX 75242-1305
Northern District of Texas
Wichita Falls
Wed Jan  6 11:45:20 CST 2010

Bank One-Chase                         Capital 1 Bank                              Chase
8333 Ridgepoint Dr                     Attn: CO TSYS Debt Management               800 Brooksedge Blv
Irving, TX 75063-5812                  PO Box 5155                                 Westerville, OH 43081-2822
                                       Norcross, GA 30091-5155


Chase                                  Citibank                                    City of WF, WFISD, Wichita County
Po Box 15298                           Attn: Centralized Bankruptcy                CO Perdue Brandon Fielder Collins & Mott
Wilmington, DE 19850-5298              PO Box 20507                                P.O. Box 8188
                                       Kansas City, MO 64195-0507                  Wichita Falls, Texas 76307-8188


DISCOVER BANK                          Discover Fin Svcs Llc                       Eddie Halter Properties
DFS Services LLC                       Po Box15316                                 4001 Call Field Rd
PO Box 3025                            Wilmington, DE 19850-5316                   Wichita Falls, TX 76308-2633
New Albany, Ohio  43054-3025


First Bank                             IRS Special Procedures                      Liberty National Bank
4110 Kell Blvd                         1100 Commerce St., Room 951                 629 Sw C Ave
Wichita Falls, TX 76309-4955           Mail Stop 5029 DAL                          Lawton, OK 73501-4302
                                       Dallas, TX 75242-1001


Monte J. White & Associates            Recovery Management Systems Corporation     WICHITA FALLS CITY, ISD & WICHITA COUNTY
1106 Brook Ave                         25 S.E. 2nd Avenue, Suite 1120              C/O PERDUE BRANDON FIELDER COLLINS & MOT
Wichita Falls TX 76301-5009            Miami, FL 33131-1605                        PO BOX 8188
                                                                                   WICHITA FALLS TX 76307-8188


Ganel Beadle Seitz                     Monte J. White                              Nicholas Harrison Seitz Jr.
3204 Martin Blvd                       Monte J. White & Associates, P.C.           3204 Martin Blvd
Wichita Falls, TX 76308-2016           1106 Brook Avenue                           Wichita Falls, TX 76308-2016
                                       Hamilton Place
                                       Wichita Falls, TX 76301-5009


UST U.S. Trustee                       Walter 12,13 OCheskey
1100 Commerce Street                   6308 Iola Avenue
Room 976                               Lubbock, TX 79424-2735
Dallas, TX 75242-1011
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Liberty National Bank               End of Label Matrix
                                       Mailable recipients   22
                                       Bypassed recipients    1
                                       Total                 23
```