# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:     Nicholas Harrison Seitz, Jr                     CASE NO: 09-70535-HDH-13
           Ganel Beadle Seitz

                                                           HEARING DATE:      02/17/2010
                                                           HEARING TIME:      11:00 AM

## NOTICE OF HEARING AND OF THE RIGHT TO OBJECT

TO ALL PERSONS LISTED ON EXHIBIT "A" ATTACHED HERETO:
PLEASE TAKE NOTICE THAT ON    02/17/2010    AT    11:00 AM    AT THE FOLLOWING LOCATION:

| FOR LIVE COURT | FOR VIDEO COURT |
|---|---|
| US COURTHOUSE ROOM 222 | US COURTHOUSE ROOM 208 |
| 10TH AND LAMAR STREETS | 10TH AND LAMAR STREETS |
| WICHITA FALLS TX 76301 | WICHITA FALLS TX 76301 |

the above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s') Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing. The objection or response will be served upon the Debtor's(s') counsel (or the Debtor(s), if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON    02/17/2010    AT    8:30 AM
AT THE LOCATION GIVEN ABOVE. HEARINGS ON OBJECTIONS NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

DATED:    01/07/2010                                      /s/Monte J. White
                                                          ATTORNEY FOR THE DEBTOR(S)

## CERTIFICATE OF MAILING

A copy of the above Notice, with "Debtor's(s') Chapter 13 Plan and Motion for Valuation" dated    01/04/2010
attached, was mailed on    01/07/2010    to the following parties at the addresses shown below and on the attached mailing matrix.

Chapter 13 Trustee
6308 Iola                                                 /s/Monte J. White
Lubbock TX 79424                                          ATTORNEY FOR THE DEBTOR(S)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 09-70535-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Wed Jan  6 11:45:20 CST 2010 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 |
| Bank One-Chase<br>8333 Ridgepoint Dr<br>Irving, TX 75063-5812 | Capital 1 Bank<br>Attn: CO TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091-5155 | Chase<br>800 Brooksedge Blv<br>Westerville, OH 43081-2822 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citibank<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | City of WF, WFISD, Wichita County<br>CO Perdue Brandon Fielder Collins & Mott<br>P.O. Box 8188<br>Wichita Falls, Texas 76307-8188 |
| DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio  43054-3025 | Discover Fin Svcs Llc<br>Po Box15316<br>Wilmington, DE 19850-5316 | Eddie Halter Properties<br>4001 Call Field Rd<br>Wichita Falls, TX 76308-2633 |
| First Bank<br>4110 Kell Blvd<br>Wichita Falls, TX 76309-4955 | IRS Special Procedures<br>1100 Commerce St., Room 951<br>Mail Stop 5029 DAL<br>Dallas, TX 75242-1001 | Liberty National Bank<br>629 Sw C Ave<br>Lawton, OK 73501-4302 |
| Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | WICHITA FALLS CITY, ISD & WICHITA COUNTY<br>C/O PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 |
| Ganel Beadle Seitz<br>3204 Martin Blvd<br>Wichita Falls, TX 76308-2016 | Monte J. White<br>Monte J. White & Associates, P.C.<br>1106 Brook Avenue<br>Hamilton Place<br>Wichita Falls, TX 76301-5009 | Nicholas Harrison Seitz Jr.<br>3204 Martin Blvd<br>Wichita Falls, TX 76308-2016 |
| UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Liberty National Bank

End of Label Matrix
Mailable recipients     22
Bypassed recipients      1
Total                   23