Monte J. White & Associates, P.C.
Monte J. White, State Bar No. 00785232
1106 Brook Ave
Wichita Falls TX  76301
(940)-723-0099
(940)-723-0096 Fax

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-70535-HDH-13 |
| | § | |
| Nicholas Harrison Seitz, Jr. | § | CHAPTER 13 |
| and | § | |
| Ganel Beadle Seitz | § | |
| DEBTORS | | |

MOTION FOR EXECUTOR TO APPEAR ON BEHALF OF DEBTOR

NOW COMES, Ganel Beadle Seitz, in the above-styled and numbered cause, and files this Motion for Executor to Appear on behalf of Debtor, and in support thereof would respectfully show unto the Court as follows:

1. Debtors filed a Chapter 13 bankruptcy on October 20, 2009 with Monte J. White as their attorney of record.

2. Debtor, Nicholas Harrison Seitz, Jr. passed away on November 11, 2009 and Ganel Beadle Seitz was appointed Executor of The Estate of Nicholas Harrison Seitz, Jr. on December 16, 2009.

3. Joint Debtor respectfully requests that she, as Executor of The Estate of Nicholas Harrison Seitz, Jr., be allowed to testify on his behalf. See "Letters of Testamentary" attached as Exhibit "A".

4. Joint Debtor believes this Motion for Executor to testify is necessary.

5. This motion is not sought for delay.

WHEREFORE, Debtor, Ganel Beadle Seitz, prays the Motion for Executor to Appear on Behalf of Debtor be granted and she be allowed to testify on behalf of her spouse, the Debtor, at their §341 Meeting of Creditors and in any future proceeding in regards to this bankruptcy and for such other and further relief to which said Debtors may be entitled, either at law or in equity.

Respectfully submitted,

/s/Monte J. White, SBN 00785232

CERTIFICATE OF SERVICE

I, Monte J. White, do hereby certify that I served a true and correct copy of the foregoing Motion to the parties listed on the attached mailing matrix by ECF and/or regular mail on January 7, 2010.

/s/Monte J. White

```
Label Matrix for local noticing        Recovery Management Systems Corporation    1100 Commerce Street
0539-7                                  25 SE 2nd Ave. Ste. 1120                  Room 1254
Case 09-70535-hdh13                     Miami, FL 33131-1605                      Dallas, TX 75242-1305
Northern District of Texas
Wichita Falls
Wed Jan  6 11:45:20 CST 2010

Bank One-Chase                          Capital 1 Bank                            Chase
8333 Ridgepoint Dr                      Attn: CO TSYS Debt Management             800 Brooksedge Blv
Irving, TX 75063-5812                   PO Box 5155                               Westerville, OH 43081-2822
                                        Norcross, GA 30091-5155


Chase                                   Citibank                                  City of WF, WFISD, Wichita County
Po Box 15298                            Attn: Centralized Bankruptcy              CO Perdue Brandon Fielder Collins & Mott
Wilmington, DE 19850-5298               PO Box 20507                              P.O. Box 8188
                                        Kansas City, MO 64195-0507                Wichita Falls, Texas 76307-8188


DISCOVER BANK                           Discover Fin Svcs Llc                     Eddie Halter Properties
DFS Services LLC                        Po Box15316                               4001 Call Field Rd
PO Box 3025                             Wilmington, DE 19850-5316                 Wichita Falls, TX 76308-2633
New Albany, Ohio  43054-3025


First Bank                              IRS Special Procedures                    Liberty National Bank
4110 Kell Blvd                          1100 Commerce St., Room 951               629 Sw C Ave
Wichita Falls, TX 76309-4955            Mail Stop 5029 DAL                        Lawton, OK 73501-4302
                                        Dallas, TX 75242-1001


Monte J. White & Associates             Recovery Management Systems Corporation   WICHITA FALLS CITY, ISD & WICHITA COUNTY
1106 Brook Ave                          25 S.E. 2nd Avenue, Suite 1120            C/O PERDUE BRANDON FIELDER COLLINS & MOT
Wichita Falls TX 76301-5009             Miami, FL 33131-1605                      PO BOX 8188
                                                                                  WICHITA FALLS TX 76307-8188


Ganel Beadle Seitz                      Monte J. White                            Nicholas Harrison Seitz Jr.
3204 Martin Blvd                        Monte J. White & Associates, P.C.         3204 Martin Blvd
Wichita Falls, TX 76308-2016            1106 Brook Avenue                         Wichita Falls, TX 76308-2016
                                        Hamilton Place
                                        Wichita Falls, TX 76301-5009


UST U.S. Trustee                        Walter 12,13 OCheskey
1100 Commerce Street                    6308 Iola Avenue
Room 976                                Lubbock, TX 79424-2735
Dallas, TX 75242-1011
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Liberty National Bank                End of Label Matrix
                                        Mailable recipients    22
                                        Bypassed recipients     1
                                        Total                  23
```