NO. 28368-F

# ESTATE OF

NICHOLAS HARRISON SEITZ JR

## LETTERS TESTAMENTARY

TO

SEITZ, GANEL B

### Issued this 16th day of December, 2009

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN COUNTY COURT AT LAW 2** |
| | § | |
| **WICHITA** | § | **WICHITA COUNTY, TEXAS** |

I, Lori Bohannon, Clerk of the COUNTY COURT AT LAW 2 of Wichita County, Texas do hereby certify that on 12/16/2009,

**SEITZ, GANEL B**

was by said Court duly granted Letters Testamentary of the

**ESTATE OF NICHOLAS HARRISON SEITZ JR, Deceased,**

and qualified as INDEPENDENT EXECUTRIX of said Estate on 12/16/2009 as the law requires, and said appointment is still in full force and effect.

WITNESS MY HAND AND SEAL OF SAID COURT, at Wichita Falls, Texas.

Given under my hand and the seal of said court at the office in Wichita Falls, Texas, this the 16th day of December, 2009.

Lori Bohannon, COUNTY CLERK
WICHITA COUNTY, TEXAS

By _____
RENEE RABY, DEPUTY