U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature: Harlin DeWayne Hale]*

Signed January 8, 2010                                                    **United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: § | |
| Seitz, Jr., Nicholas Harrison § | CASE NO. 09-70535-hdh-13 |
| and § | |
| Seitz, Ganel Beadle § | |
| § | |
| DEBTORS § | |

### ORDER TO REOPEN §341 MEETING OF CREDITORS

On this day came on to be heard/considered Debtors' Motion to Reopen §341 Meeting of Creditors. After reviewing the pleadings and/or arguments of counsel, the Court finds the meeting should be reopened.

IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED, that the §341 Meeting is Reopened and the meeting be reset to the next available date and time.

FURTHER ORDERED, that the Debtor's attorney shall obtain date of new §341 Meeting and serve notice to all creditors and interested parties.

# # # END OF ORDER # # #

PREPARED BY:

Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax
legal@montejwhite.com