

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*[Signature]*

**Signed January 12, 2010**  **United States Bankruptcy Judge**

---

BTXN 161 (rev. 01/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Nicholas Harrison Seitz Jr. § Case No.: 09–70535–hdh13
Ganel Beadle Seitz § Chapter No.: 13
Debtor(s) §

## ORDER VACATING ORDER

The Court, after review of the docket in the above entitled and numbered proceeding, finds that an Order granting motion to waive appearance #29 was entered on January 8, 2010 in error; therefore it is

ORDERED that the above referenced order be and is hereby vacated.

# # # End of Order # # #