Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| IN RE: | § CHAPTER 13 |
| Nicholas Harrison Seitz, Jr. | § CASE NO. 09-70535-HdH-13 |
| AND | § |
| Ganel Beadle Seitz | § HEARING DATE: 10/20/2010 |
| DEBTOR(S) | § HEARING TIME: 11:00 AM |

## MOTION TO MODIFY TERM OF CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s), by their attorney, state and represent as follows:

2. That since confirmation of the Chapter 13 plan on 2/18/2010, the Debtor(s) have completed all payments required under the confirmed plan.

3. That under §1328(a) of the Bankruptcy Code, "the court **shall** grant the debtor a discharge" if the Debtor has completed all payments under the plan.

4. That Debtor(s) confirmed plan required plan payments of $537.00 for 60 months for a total plan base of $31,112.00.

5. That on 8/24/2010, Trustee received and accepted the final payment required toward the plan base.

6. That Debtor(s) made the lump sum payment to the Trustee with funds received from proceeds of the sale of their homestead.

7. That Debtor(s) have paid off the Chapter 13 plan in good faith.

8. That Debtor(s) seek a modification under §1329(a) to decrease the plan term from 60 to 10 months.

WHEREFORE, the Debtor(s) move this honorable court to enter an order modifying the term of Debtor(s) confirmed Chapter 13 plan to 10 months, thereby allowing the Debtor(s) to receive a Chapter 13 Discharge Pursuant to 11 U.S.C. §1328(a), and to other and further relief to which they may be entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

A true and exact copy of the foregoing Motion and Notice of Hearing was served electronically by the ECF System or by First Class Mail on August 31, 2010, on all parties on the mailing matrix:

                                          /s/Monte J. White
                                          Attorney for Debtor(s)

```
Label Matrix for local noticing           1100 Commerce Street                    Bank One-Chase
0539-7                                    Room 1254                               8333 Ridgepoint Dr
Case 09-70535-hdh13                       Dallas, TX 75242-1305                   Irving, TX 75063-5812
Northern District of Texas
Wichita Falls
Fri Aug 27 14:50:35 CDT 2010

Capital 1 Bank                            Chase                                   Chase
Attn: CO TSYS Debt Management             800 Brooksedge Blv                      Po Box 15298
PO Box 5155                               Westerville, OH 43081-2822              Wilmington, DE 19850-5298
Norcross, GA 30091-5155


Chase Bank USA, NA                        Citibank                                City of WF, WFISD, Wichita County
PO Box 15145                              Attn: Centralized Bankruptcy            CO Perdue Brandon Fielder Collins & Mott
Wilmington, DE 19850-5145                 PO Box 20507                            P.O. Box 8188
                                          Kansas City, MO 64195-0507              Wichita Falls, Texas 76307-8188


DISCOVER BANK                             Discover Fin Svcs Llc                   Eddie Halter Properties
DFS Services LLC                          Po Box15316                             4001 Call Field Rd
PO Box 3025                               Wilmington, DE 19850-5316               Wichita Falls, TX 76308-2633
New Albany, Ohio  43054-3025


First Bank                                First Bank                              IRS Special Procedures
2801 Midwestern Parkway Suite 200         4110 Kell Blvd                          1100 Commerce St., Room 951
Wichita Falls, TX 76308-2850              Wichita Falls, TX 76309-4955            Mail Stop 5029 DAL
                                                                                  Dallas, TX 75242-1001


LVNV Funding LLC its successors and assigns   Liberty National Bank               Monte J. White & Associates
assignee of Chase Bank USA, N.A.              629 Sw C Ave                        1106 Brook Ave
Resurgent Capital Services                    Lawton, OK 73501-4302               Wichita Falls TX 76301-5009
PO Box 10587
Greenville, SC 29603-0587


PRA Receivables Management, LLC           PRA Receivables Management, LLC         Recovery Management Systems Corporation
As Agent Of Portfolio Recovery Assocs.    As Agent Of Portfolio Recovery Assocs.  25 SE 2nd Ave. Ste. 1120
CO Chase Bank USA, N.A.                   CO Citibank                             Miami, FL 33131-1605
POB 41067                                 POB 41067
NORFOLK, VA 23541-1067                    NORFOLK VA 23541-1067


Recovery Management Systems Corporation   WICHITA FALLS CITY, ISD & WICHITA COUNTY   Ganel Beadle Seitz
25 S.E. 2nd Avenue, Suite 1120            CO PERDUE BRANDON FIELDER COLLINS & MOT    1542 Norman
Miami, FL 33131-1605                      PO BOX 8188                                Wichita Falls, TX 76302-2926
                                          WICHITA FALLS TX 76307-8188


Monte J. White                            Nicholas Harrison Seitz Jr.             UST U.S. Trustee
Monte J. White & Associates, P.C.         3204 Martin Blvd                        1100 Commerce Street
1106 Brook Avenue                         Wichita Falls, TX 76308-2016            Room 976
Hamilton Place                                                                    Dallas, TX 75242-1011
Wichita Falls, TX 76301-5009


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Chase Bank USA, NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (u)Liberty National Bank | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     2<br>Total                  29 |